**Law Office of Mark A. Kriegel, LLC**
1479 Pennington Rd.
Ewing, NJ 08618

Mark A. Kriegel                                                                        Phone:   609-883-5133
Admitted in NJ & NY                                                              Fax:       609-450-7237
                                                                                                     E-Mail:  mkriegel@kriegellaw.com

May 18, 2021

<u>Via ECF</u>
Clerk, United States District Court
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

           Re:     ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC v. VIDYO, INC.
           Dkt. No.:     2:21-cv-09982

Dear Sir or Madam:

           In reviewing the docket for the above case, the Summons is yet to be issued. Can you please advise if anything else is required from our office for the Summons to be issued? Thank you for your assistance in this matter.

                                                                                                     Respectfully Yours,

                                                                                                     *[signature]*

                                                                                                     Mark A. Kriegel