## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>VIDYO, INC.,<br><br>Defendant. | C.A. No. 2:21-cv-09982-JMV-CLW<br><br>The Hon. John Michael Vazquez, U.S.D.J.<br>The Hon. Cathy L. Waldor, U.S.M.J.<br><br>Motion Return Date: August 2, 2021<br><br>**NOTICE OF MOTION TO DISMISS** |

**PLEASE TAKE NOTICE THAT** on August 2, 2021, at a time to be set by the Court, or as soon thereafter as counsel may be heard, the undersigned counsel for Defendant Vidyo, Inc. shall move before the Honorable John Michael Vazquez, U.S.D.J., at the United States District Court for the District of New Jersey located at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an Order dismissing Plaintiffs' Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for all of the reasons set forth in the accompanying moving papers.

Please take further notice that in support of this motion, Defendant shall rely upon its Memorandum of Law in Support of the Motion to Dismiss, which is filed contemporaneously herewith. A Proposed Form of Order is also filed herewith.

Dated:  June 17, 2021 

Respectfully submitted,

By: /s/Michael T. Zoppo
Michael T. Zoppo (016292204)
7 Times Square, 20th Floor
New York, New York 10036
Tel: (212) 765-5070
Fax: (212) 258-2291
zoppo@fr.com

Neil J. McNabnay (*pro hac vice* forthcoming)
Ricardo J. Bonilla (*pro hac vice* forthcoming)
Michael A. Vincent (*pro hac vice* forthcoming)
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)
macnabnay@fr.com
rbonilla@fr.com
vincent@fr.com

**COUNSEL FOR DEFENDANT
VIDYO, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 17, 2021, a true and correct copy of the foregoing document has been served on counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ Michael T. Zoppo
Michael T. Zoppo