THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,<br><br>**Plaintiff,**<br><br>v.<br><br>VIDYO, INC.,<br><br>**Defendant.** | CASE No.: 2:21-cv-09982-JMV-CLW<br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFF'S ANSWERS AND DEFENSES TO DEFENDANT'S COUNTERCLAIMS

Now comes Plaintiff, Rothschild Broadcast Distribution Systems, LLC ("Plaintiff," "Counterclaim Defendant," or "RBDS"), by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure 12, without admission of the legal sufficiency thereof and responding only to the factual allegations therein, and states as follows for its Answer and Defenses to Defendant and Counter Plaintiff Vidyo, Inc.'s ("Defendant," "Counterclaim Plaintiff," or "Vidyo") Counterclaims [Doc. 9] (hereafter the "Counterclaims") as follows:

### PARTIES

1. RBDS has insufficient knowledge of the allegations contained in paragraph 1 and therefore denies same.

2. Admitted.

### JURISDICTION

3. RBDS incorporates by reference each of its answers in paragraphs 1-2 above.

4. RBDS admits that jurisdiction is proper.

5. Admitted.

6. RBDS admits that venue is proper. RBDS denies any remaining allegations in

paragraph 6.

## COUNT I

7. RBDS incorporates by reference each of its answers in paragraphs 1-6 above.

8. RBDS admits that an actual controversy exists concerning infringement of the '221 Patent. RBDS denies any remaining allegations contained in paragraph 8.

9. Denied.

10. RBDS admits that Vidyo seeks a declaratory judgment. RBDS denies any remaining allegations contained in paragraph 10.

## COUNT II

11. RBDS incorporates by reference each of its answers in paragraphs 1-10 above.

12. RBDS admits that an actual controversy exists regarding validity of the '221 Patent. RBDS denies any remaining allegations contained in paragraph 12.

13. Denied.

14. RBDS responds that the referenced document speaks for itself.

15. RBDS responds that the referenced document speaks for itself.

16. RBDS admits that Vidyo seeks a declaratory judgment. RBDS denies any remaining allegations contained in paragraph 16.

## PRAYER FOR RELIEF

To the extent a response is required, RBDS denies that Vidyo is entitled to any of the relief requested.

Dated: July 6, 2021                                          Respectfully Submitted,

*/s/draft*
**MARK A. KRIEGEL**
Law Office of Mark A. Kriegel, LLC
1479 Pennington Rd.
Ewing, NJ 08618
609-883-5133
mkriegel@kriegellaw.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2021, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/ draft*
MARK A. KRIEGEL