THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>VIDYO, INC.,<br><br>    Defendant. | CASE No.: 2:21-cv-09982-JMV-CLW<br><br>JURY TRIAL DEMANDED |

## JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Rothschild Broadcast Distribution Systems, LLC and Defendant Vidyo, Inc., by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted by the Plaintiff in this Action are dismissed with prejudice and all claims asserted by the Defendant in this Action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

Dated: July 12, 2021                                    Respectfully Submitted,

                                                        /s/Mark A. Kriegel
                                                        **MARK AARON KRIEGEL**
                                                        Law Office of Mark A. Kriegel, LLC
                                                        1479 Pennington Rd.
                                                        Ewing, NJ 08618
                                                        609-883-5133
                                                        mkriegel@kriegellaw.com

                                                        **ATTORNEYS FOR PLAINTIFF**

                                                        By: /s/Michael T. Zoppo
                                                        Michael T. Zoppo (016292204)
                                                        7 Times Square, 20th Floor
                                                        New York, New York 10036
                                                        Tel: (212) 765-5070
                                                        Fax: (212) 258-2291
                                                        zoppo@fr.com

                                                        Neil J. McNabnay (*pro hac vice* forthcoming)
                                                        Ricardo J. Bonilla (*pro hac vice* forthcoming)
                                                        Michael A. Vincent (*pro hac vice* forthcoming)
                                                        1717 Main Street, Suite 5000
                                                        Dallas, Texas 75201
                                                        (214) 747-5070 (Telephone)
                                                        (214) 747-2091 (Facsimile)
                                                        macnabnay@fr.com
                                                        rbonilla@fr.com
                                                        vincent@fr.com

                                                        **COUNSEL FOR DEFENDANT**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on July 12, 2021, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

                                                        /s/ draft
                                                        MARK AARON KRIEGEL

SO ORDERED this 13th day of July, 2021.

_____
Julien Xavier Neals, U.S.D.J.